IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARK G. WOOD, M.D., : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| : | 7:07-CV-109-HL |
| ARCHBOLD MEDICAL CENTER, : | |
| INC., et al., : | |
| Defendants. : | |

# ORDER

On June 17, 2009 this Court held a hearing to discuss all outstanding motions. Pursuant to the rulings made at the hearing, the following motions are **DISMISSED** as moot: Motion to Compel Compliance With the Subpoena Issued to Renex Dialysis Clinic of South Georgia, Inc. (Doc. 224); Motion to Compel the Production of Documents and Data From Nephrology Consultants, Inc., P.C. (Doc. 234); Motion to Compel Plaintiff to Produce Mark G. Wood for Deposition (Doc. 244); Motion to Compel Emergency Motion to Compel the Deposition of Plaintiff Mark G. Wood (Doc. 245); Motion for Extension of Time to File Consent Motion to Extend Time (Doc. 255); Motion for Extension of Time to File Corrected Consent Motion to Extend Time (Doc. 259); Motion to Compel Production of Corporate Defendants' Investigation Report of Sellers (Doc. 280); Motion to Compel Non-Party Accounting Firms' Production Requested in Subpoenas (Doc.

287); Motion for Hearing (Doc. 289); Motion for Leave for File Excess Pages (Doc. 351); Motion for Leave to File Sur-Reply (Doc. 364); Motion for Leave to File Motion for Sanctions Based on Plaintiff's Counsel's Violation of Rule 11 (Doc. 386).

The following motions are **DENIED**: Motion to Compel (Doc. 249); Motion to Quash Subpoena Issued to Georgia Department of Community Health and Office of Rural Affairs and Motion for Protective Order (Doc. 312); Motion to Strike (Doc. 322); Motion for Protective Order (Doc. 324); Motion to Strike (Doc. 336).

The following motions are **GRANTED**: Motion to Quash Subpoenas Duces Tecum to Non-Party Accounting Firms (Doc. 267); Motion to Quash Subpoenas Duces Tecum to Non-Party Accounting Firms (Doc. 268); Motion to Quash Subpoenas Duces Tecum to Lanigan & Associates (Doc. 269); Motion for Leave to File Second Amended Complaint and its Accompanying Exhibit (Doc. 297); Motion to Substitute Exhibit A to Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 345).

The following motions are **WITHDRAWN**: Motion to Overrule Hospital Defendants' Confidential Designation of Defendant Simms' Deposition (Doc. 281); Motion for Protective Order (Doc. 283); Motion for Extension of Time to File Responses to Requests for Admission (Doc. 295)

In regards to Defendant Beverly's Motion in Limine regarding Supposed

Wrongdoing Outside the Statute of Limitations (Doc. 330), Plaintiff's counsel shall have ten (10) days to re-brief the matter.  Defendants' shall have five (5) days to file responses.  Briefs shall the limited to ten (10) pages.

    As stated at the hearing, Plaintiff is required to submit to no more than two and half days of deposition.  Said deposition shall be at a time and place agreed upon by Counsel.

    **SO ORDERED**, this the 18th day of June, 2009.


    /s/ Hugh Lawson
    **HUGH LAWSON, Judge**

wjc