IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARK G. WOOD, M.D., | : |
| Plaintiff, | : |
| v. | : Case No. 7:07-cv-109 (HL) |
| ARCHBOLD MEDICAL CENTER, INC., et al., | : |
| Defendants. | : |

### ORDER

This Order is notice to all parties that the Court expects all issues subject to resolution by dispositive motion, including any issue arising under or out of the Second Amended Complaint (Doc. 400) and the Counterclaim (Doc. 401) filed in response thereto, to be included in the dispositive motions presently pending.  That is to say, the pending dispositive motions are the only dispositive motions the Court will entertain.  The parties may, but are not required to, move to amend the pending dispositive motions not later than October 14, 2009.

**SO ORDERED**, this the 9th day of October, 2009.

*s/  Hugh Lawson*
HUGH LAWSON, JUDGE