# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **MARK G. WOOD, M.D.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-CV-109 (HL) |
| **ARCHBOLD MEDICAL CENTER, INC.,** et al., | : | |
| Defendants. | : | |

# ORDER

The Hospital Defendants, Physician Defendants, and Defendant Beverly have filed their Motion for Attorney's Fees and Costs (Doc. 561). These Defendants have also each filed a Bill of Costs (Docs. 562, 563, and 568) pursuant to Fed. R. Civ. P. 54 and Local Rule 54.2.

The purpose of this Order is to notify the parties that the Rule 54 Bills of Cost will be considered separately from the claim for fees and costs under 42 U.S.C. § 11113. Pursuant to Local Rule 54.2.2, Plaintiff has 21 days from the service of the Bills of Costs to file a response. No reply will be allowed. In the event Defendant Simms files a Bill of Cost, Plaintiff will have 21 days from the service of that Bill of Cost to file a response.

The briefing schedule for the § 11113 motions remains the same as set out in the Court's Order dated September 29, 2010. Defendant Simms has until October

8, 2010 to file his § 11113 motion. Plaintiff's response(s) to the § 11113 motions are due no later than October 29, 2010. Defendants' reply briefs are due no later than November 12, 2010.

    **SO ORDERED**, this 6th day of October, 2010.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh