IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **MARK G. WOOD, M.D.**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-CV-109 (HL) |
| **ARCHBOLD MEDICAL CENTER, INC.**, et al., | : | |
| Defendants. | : | |

**ORDER**

The Court has received notice that the parties have voluntarily dismissed the appeal before the Eleventh Circuit Court of Appeals. Still pending before this Court is a Motion for Attorney's Fees (Doc. 561) filed by Defendants Archbold Medical Center, Inc. and John D. Archbold Memorial Hospital, Inc. Counsel is to notify the Court in writing no later than May 31, 2011 as to the status of the Motion for Attorney's Fees.

**SO ORDERED**, this 23rd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh